UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAOUROU BIZOUNOUYA,<br><br>         Plaintiff,<br><br>  -against-<br><br>UNITED STATE POST SERVICES,<br><br>         Defendant. | 24cv4812 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 20, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: January 28, 2025
     New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                Chief United States District Judge